UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61516-ALTMAN/Hunt

ALAIN YVANES,

     *Plaintiff,*

v.

DYNAMIC RECOVERY
SOLUTIONS, LLC,

     *Defendant.*

_____/

## ORDER

The Court held a status conference on September 2, 2021. For the reasons stated on the record, the Court hereby **ORDERS AND ADJUDGES** as follows:

By **September 17, 2021**, the parties shall conduct a one-hour *informal settlement conference.* By the same date, the parties shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) whether the parties have complied with this Order; (b) whether the parties have settled this case; and (c) if the parties have not settled the case, whether a formal settlement conference before a magistrate judge may prove fruitful.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of September 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record