UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-cv-61516-RKA

ALAIN YVANES,

    Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS LLC,

    Defendant.

_____/

## **ORDER**

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Case Numbers 0:21-cv-61524-WPD; 0:21-cv-61525-RS; 1:21-cv-23273-RNS; 1:21-cv-23277-JEM; 0:21-cv-62121-DPG; and 1:21-cv-23579-KMW are hereby **CONSOLIDATED** into Case Number 0:21-cv-61516-RKA.

2. Case Numbers 0:21-cv-61524-WPD; 0:21-cv-61525-RS; 1:21-cv-23273-RNS; 1:21-cv-23277-JEM; 0:21-cv-62121-DPG; and 1:21-cv-23579-KMW shall be administratively **CLOSED**. All future filings shall be made under *Alain Yvanes v. Dynamic Recovery Solutions, LLC*, 0:21-cv-61516-RKA.

3. Any pending motions in Case Numbers 0:21-cv-61524-WPD; 0:21-cv-61525-RS; 1:21-cv-23273-RNS; 1:21-cv-23277-JEM; 0:21-cv-62121-DPG; and 1:21-cv-23579-KMW are **DENIED AS MOOT.**

4. By **November 5, 2021**, the Plaintiffs shall file a single, combined complaint, which will govern this case.

5. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

6. The Clerk shall docket this Order in the following cases:

    a. *Yvanes v. Dynamic Recovery Solutions, LLC*, 0:21-cv-61516-RKA

    b. *Ramlochan v. Dynamic Recovery Solutions, LLC*, 0:21-cv-61524-WPD

    c. *Ayala v. Dynamic Recovery Solutions, LLC*, 0:21-cv-61525-RS

    d. *Avila v. Dynamic Recovery Solutions, LLC*, 1:21-cv-23273-RNS

    e. *Olivas v. Dynamic Recovery Solutions, LLC*, 1:21-cv-23277-JEM

    f. *Dieurestil v. Dynamic Recovery Solutions, LLC*, 0:21-cv-62121-DPG

    g. *Rodriguez v. Dynamic Recovery Solutions, LLC*, 1:21-cv-23579-KMW

**DONE AND ORDERED** in Fort Lauderdale, Florida this _____ day of October 2021.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record