UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-61516-RKA

ALAIN YVANES

    Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Alain Yvanes submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 5, 2021

                                             Respectfully Submitted,

                                             /s/ Thomas Patti
                                             **JIBRAEL S. HINDI, ESQ.**
                                             Florida Bar No.: 118259
                                             E-mail:   jibrael@jibraellaw.com
                                             **THOMAS J. PATTI, ESQ.**
                                             Florida Bar No.: 118377
                                             E-mail:   tom@jibraellaw.com
                                             The Law Offices of Jibrael S. Hindi
                                             110 SE 6th Street, Suite 1744
                                             Fort Lauderdale, Florida 33301
                                             Phone:     954-907-1136
                                             Fax:          855-529-9540

                                             *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 5, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Thomas Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com